# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTERTAINMENT BY J & J, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOSE GARCIA aka Jose Antonio Garcia aka Antonio Garcia aka Anthony Garcia aka tony garcia and MARTHA CHAVEZ, individually and dba Mom's Pizza Parlor, <br><br> Defendants. | CASE NO. CV 00-09786 RMT (RZx) <br><br> RENEWAL OF DEFAULT JUDGMENT |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

The judgment to and against Defendant MARTHA CHAVEZ, individually and dba Mom's Pizza Parlor, the Default Judgment entered on 9/14/01 [copy attached] is hereby renewed in the amounts as set forth below:

Renewal of money judgment

    a. Total judgment                                 $16,500.00
    b. Costs after judgment                          $ -0-
    c. Attorneys fees:                                $ -0-
    d. Subtotal (*add a and b*)                     $16,500.00

|   |   |   |
|---|---|---|
| e. | Credits after judgment | $ -0- |
| f. | Subtotal *(subtract d from c)* | $16,500.00 |
| g. | Interest after judgment | $ 4,125.00 |
| h. | Fee for filing renewal application | $ -0- |
| i. | **Total renewed judgment** *(add e, 5, and g)* | $20,625.00 |

DATED: 7/29/11          CLERK, by _____Lori Muraoka_____,
                        Deputy

JS-6

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

___ Priority
✓ Send
___ Clsd
✓ Enter
✓ JS-5/JS-6
___ JS-2/JS-3

FILED
CLERK, U.S. DISTRICT COURT

9-10-01

CENTRAL DISTRICT OF CALIF.

ENTERED
CLERK, U.S. DISTRICT COURT

SEP 14 2001

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTERTAINMENT BY J& J, INC., | CASE NO. CV 00-09786 RMT (RZx) |
| Plaintiff, | DEFAULT JUDGMENT |
| vs. | |
| JOSE GARCIA a/k/a Jose Antonio Garcia a/k/a Antonio Garcia a/k/a Anthony Garcia a/k/a Tony Garcia and MARTHA CHAVEZ, individually and d/b/a Mom's Pizza Parlor, | ___ Docketed<br>___ Copies / NTC Sent<br>___ JS - 5 / JS - 6<br>___ JS - 2 / JS - 3<br>___ CLSD |
| Defendants. | |

This matter comes before the court on motion, by plaintiff ENTERTAINMENT BY J& J, INC., for default judgment against defendant MARTHA CHAVEZ, individually and d/b/a Mom's Pizza Parlor. The court, having considered the pleadings and evidence presented in this matter determines that ENTERTAINMENT BY J& J, INC. is entitled to default judgment.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the motion by ENTERTAINMENT BY J& J, INC. for default judgment is GRANTED. ENTERTAINMENT BY J& J, INC. shall have and recover from defendant MARTHA CHAVEZ, individually and d/b/a Mom's Pizza

16

Parlor, a total amount of $16,500.00 plus costs, comprised of:

[1] statutory damages, for violations of 47 U.S.C. § 553, in the amount of $5,000.00, and damages for willfulness under this section in the amount of $2,500.00;

[2] statutory damages, for violations of 47 U.S.C. § 605, in the amount of $5,000.00, and damages for willfulness under this section in the amount of $2,500.00;

[3] costs under 47 U.S.C. §§ 553(c)(2)(C) and 605(e)(3)(B)(iii); and

[4] attorney's fees in the amount of $1,500.00 under 47 U.S.C. §§ 553(c)(2)(C) and 605(e)(3)(B)(iii). The award of attorney's fees in this case is consistent with the recommended attorney's fees formula set forth in Local Rule 14.12.3 of this court.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that defendant MARTHA CHAVEZ, individually and d/b/a Mom's Pizza Parlor, is permanently enjoined and restrained from violating, interfering with and/or pirating Plaintiff's proprietary rights, including, but not limited to, violating, interfering with and/or pirating any of ENTERTAINMENT BY J& J, INC.'s pay-per-view events.

Dated: SEP 10 2001

ROBERT M. TAKASUGI
United States District Judge

# PROOF OF SERVICE

MARTHA CHAVEZ, individually and dba
Mom's Pizza Parlor
13739 Leffingwell Road
Whittier, CA 90605

MARTHA CHAVEZ, individually and dba
Mom's Pizza Parlor
11034 Bluejay Lane
Santa Fe Springs, CA 90670

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

APPLICATION AND DECLARATION FOR RENEWAL OF JUDGMENT

RENEWAL OF JUDGMENT

on the above-named person(s) by:

__XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 13, 2011.

/s/ Karene Jen
Karene Jen